*Blackwell, Jr.* for petitioner. *M. G. Roberts* and *Clifford B. Kimberly* for Thompson, Trustee; and *Edwin D. Franey* for Graham, Administratrix, respondents. ■■

No. 337. DARR ET AL. *v.* MUTUAL LIFE INSURANCE Co. C. A. 2d Cir. Certiorari denied. *Frederick E. Weinberg* for petitioners. *Joseph V. Lane, Jr.* for respondent. ■■

No. 341. UNITED FUNDS, INC. *v.* NEE, COLLECTOR OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Daniel L. Brenner* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Harry Marselli* for respondent. ■■

No. 346. ESTATE OF JOSEPHS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Floyd F. Toomey* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Morton K. Rothschild* for respondent. ■■

No. 350. LA SALLE-MADISON HOTEL Co. *v.* DENHAM. C. A. 7th Cir. Certiorari denied. *Arthur Dixon* for petitioner. *David J. Kadyk, L. Duncan Lloyd* and *John L. Davidson* for respondent. ■■

No. 354. R. W. CLAXTON, INC. *v.* SCHAFF ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James M. Earnest* and *Albert F. Beasley* for petitioner. *Caesar L. Aiello* and *Llewellyn C. Thomas* for respondents. ■■

No. 358. OWENS *v.* CURTISS CANDY Co. C. A. 8th Cir. Certiorari denied. *Martin J. O'Donnell* for peti-

tioner. *Irwin N. Walker* for respondent. 

No. 363. BOYLAN ET AL. *v.* DETRIO ET AL. C. A. 5th Cir. Certiorari denied. *Sol M. Selig* for petitioners. *Webb M. Mize* and *R. W. Thompson, Jr.* for respondents.

No. 268. WEBER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 53, Misc. MARTIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 78, Misc. HARRIS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Joseph A. McMenamin* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 90, Misc. IN RE ELAM. Supreme Court of Missouri. Certiorari denied. Petitioner *pro se. Irvin Fane* and *John B. Pew* for the Circuit Bar Committee, respondent.

No. 148, Misc. THIEL *v.* SOUTHERN PACIFIC Co. C. A. 9th Cir. Certiorari denied. *Allen Spivock* for petitioner. *Arthur B. Dunne* for respondent.